**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jamar LUSTER, a/k/a Woo,
Defendant—Appellant.**

**No. 08–8430.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 9, 2009.

Jamar Luster, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Luster appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Luster,* No. 2:03–cr–00288–1, 2008 WL 4821300 (S.D.W.Va. Nov. 4, 2008); *see United States v. Dunphy,* 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*